**STATE of Missouri, Respondent,**

v.

**Dennis M. McWILLIAMS, Appellant.**

**No. ED 82216.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Jan. 13, 2004.

Motion for Rehearing and/or Transfer to
Supreme Court Denied March 11, 2004.

Application for Transfer Denied
April 27, 2004.

Gwenda R. Robinson, St. Louis, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Jefferson City, MO, for respondent.

Before BOOKER T. SHAW, P.J., LAWRENCE G. CRAHAN, J., and PATRICIA L. COHEN, J.

*ORDER*

PER CURIAM.

Dennis McWilliams appeals the judgment entered upon his conviction by a jury of one count of felony animal abuse and one count of misdemeanor animal abuse in the destruction of two pet dogs, for which he was fined $1000 per count. We have reviewed the briefs of the parties and the record on appeal and find no error of law. An extended opinion would be of no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. The judgment is affirmed pursuant to Rule 30.25(b).